**Hugo Israel CAHUEC, Petitioner-Appellant,**

v.

**Gregory SMITH; Attorney General for the State of Nevada, Respondents-Appellees.**

No. 14-15593

United States Court of Appeals, Ninth Circuit.

Submitted December 1, 2017 *
San Francisco, California

Filed December 1, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Ryan Norwood, Assistant Federal Public Defender, Jonathan Michael Kirshbaum, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Petitioner-Appellant

Matthew S. Johnson, Deputy Attorney General, AGNV—Nevada Office of the Attorney General, Carson City, NV, Heidi Parry Stern, AGNV—Office of the Nevada Attorney General (Las Vegas) Las Vegas, NV, for Respondents-Appellees

Before: SCHROEDER, D.W. NELSON, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Hugo Cahuec, a Nevada state prisoner, appealed the district court's dismissal of his habeas petition on grounds of failure to exhaust and untimeliness. We granted Petitioner's motion to stay appellate proceedings because his threshold actual innocence claim was then pending before the Nevada state courts. The Nevada Supreme Court has now held that the evidence he presented was not reliable and affirmed the trial court's denial of relief.

We have requested, received, and reviewed supplemental briefing from the parties as to the current status of the appeal. The actual innocence claim is now exhausted and the district court has not yet considered it in light of the record developed in state court while this appeal has been pending. We have therefore ordered this appeal submitted on the briefs. We vacate the district court's order denying Petitioner's motion for reconsideration, and remand for the district court to con-

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

sider the petitioner's claims in the first instance.

We also **GRANT** the pending motion to file the final volume VI of the joint supplemental excerpts of record under seal.

This panel shall retain jurisdiction of any further appeal.

**VACATED** and **REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.